UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARLENE O'GRADY,

      Plaintiff,

v.

                                              Case No. 8:06-cv-1641-T-24 TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## **O R D E R**

This cause comes before the Court on Plaintiff's motion for attorneys' fees (Doc. No. 22), which was unopposed (Doc. No. 23) and considered by the United States Magistrate Judge. Magistrate Judge Wilson has filed his report (Doc. No. 24) recommending that the motion be granted and that Plaintiff be awarded $3,097.29 in attorneys' fees. (Doc. No. 24). All parties were furnished copies of the Report and Recommendation. Upon consideration of the Report and Recommendation, and upon this Court's de novo review of the record, it is determined that the Report and Recommendation (Doc. No. 24) should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1)     Plaintiff's motion for attorneys' fees (Doc. No. 22) is **GRANTED**, and Plaintiff is awarded $3,097.29 in attorneys' fees.

(2)     The Magistrate Judge's Report and Recommendation (Doc. No. 24) is adopted and incorporated by reference in this Order of the Court.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of May, 2007.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record